UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                   :

MELANIE SYKES, *on behalf of herself and all others*
*similarly situated*,

                                      23-CV-7210 (JMF)

                       Plaintiff,

      -v-

TSG INTERACTIVE US SERVICES LIMITED d/b/a
POKERSTARS,

                      Defendant.

-----------------------------------------------------------------------X

BRIAN TUCKER, *individually and on behalf of all*
*others similarly situated*,

                                    23-CV-7265 (JMF)

                   Plaintiff,

     -v-                                          <u>ORDER</u>

TSG INTERACTIVE US SERVICES LIMITED CORP.
d/b/a POKERSTARS,

                    Defendant.

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 15, 2023, Plaintiff Melanie Sykes filed a complaint in 23-CV-7210. On August 16, 2023, Plaintiff Brian Tucker filed a similar complaint in 23-CV-7265. As of this Order, no motion for consolidation has been filed, but 23-CV-7265 has been deemed related to 23-CV-7210, and the cases appear to involve common questions of law and fact.

       The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter

brief, not to exceed three single-spaced pages, by **September 21, 2023**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

    SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge