UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
MELANIE SYKES, *on behalf of herself and all others*  :
*similarly situated*,        :
        :      23-CV-7210 (JMF)
      Plaintiff,  :
        :
  -v-        :
        :
TSG INTERACTIVE US SERVICES LIMITED d/b/a  :
POKERSTARS,        :
        :
      Defendant.  :
        :
------------------------------------------------------------------X
        :
BRIAN TUCKER, *individually and on behalf of all*  :
*others similarly situated*,        :
        :      23-CV-7265 (JMF)
      Plaintiff,  :
        :
  -v-        :      <u>ORDER</u>
        :
TSG INTERACTIVE US SERVICES LIMITED CORP.  :
d/b/a POKERSTARS,        :
        :
      Defendant.  :
        :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 17, 2023, Plaintiffs Melanie Sykes and Brian Tucker filed in case number 23-CV-7210 a motion to appoint Jeff Ostrow, Gary M. Klinger, and Rachel Dapeer as Interim Co-Lead Class Counsel pursuant to Fed. R. Civ. P. 23(g).  In light of the Court's September 14, 2023 Order stating that the "Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes," which set a deadline of September 21, 2023 for any opposition, the Court will defer the setting of a briefing schedule for the motion (or the

setting of a deadline for any other motions for appointment as interim co-lead class counsel) until the consolidation issue is resolved.

    SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                         JESSE M. FURMAN
                                      United States District Judge